Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                   Case No. A03-0078-02-CR (JKS)

Walter Lee Gearring, Jr.

On November 13, 2003, the above-named was placed on probation for a period of five (5) years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Walter Lee Gearring, Jr. be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

*Charlene Wortman*
Charlene Wortman
U.S. Probation/Pretrial Services Officer

*Eric D. Odegard*
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 21 day of March, 2006.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge